

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Edward Rose, Jr. also known as Jason Roman | Civil Action No. 18cv01461-BTM-MDD |
| **Plaintiff,** | |
| V. | |
| Edmund Gerald Brown, Govenor; State of California; County of San Diego; Esq. Alex Landon, Attorney | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby dismisses the FAC and SAC with prejudice. The Case is Closed.

Date: 5/31/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Mitchell

S. Mitchell, Deputy